UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN HONCOOP, | Case No. C06-1647-RSM |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

The Court, after careful consideration of plaintiff's motion for attorney's fees, costs, and expenses under the Equal Access to Justice Act ("EAJA"), defendant's response and plaintiff's reply, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for attorney's fees, costs, and expenses (Dkt. No. 24) is GRANTED.

(3) Plaintiff's attorney, Mr. David A. Namba, is awarded attorney's fees in the amount of $7,288.96, based upon 44 hours of work, and costs in the amount of $470.55 under the EAJA, 28 U.S.C. § 2412 and 1920.

(4) The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Donohue.

DATED this 1st day of August, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE – 1